# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  05-03157-01-CR-S-FJG |
| | ) | |
| THOMAS CHARLES GOODFELLOW, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States  Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the One-Count Indictment filed on December 14, 2005,  is now Accepted and the Defendant is Adjudged Guilty of such offenses.  Sentencing will be set by subsequent Order of the Court.


        /s/ Fernando J. Gaitan, Jr.
        **FERNANDO J. GAITAN, JR.**
        **UNITED STATES DISTRICT JUDGE**


Date:  January 4, 2006